UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21223 CIV MORENO

AURELIUS CAPITAL PARTNERS, LP and
AURELIUS CAPITAL MASTER, LTD.,

       Plaintiffs,

vs.

THE REPUBLIC OF ARGENTINA,

       Defendant,

and

BANK OF AMERICA, N.A.,

       Garnishee.

_____/

**GARNISHEE BANK OF AMERICA, N.A.'S ANSWER TO WRIT OF
GARNISHMENT, AND DEMAND FOR PAYMENT OF ATTORNEY'S FEES**

       Garnishee, BANK OF AMERICA, N.A. ("BANK OF AMERICA"), by and through undersigned counsel, hereby files its Answer to the Writ of Garnishment dated May 8, 2009 (the "Writ"), and states as follows:

**ANSWER**

       1.    At the time of service of the Writ, plus sufficient time not to exceed one business day for BANK OF AMERICA to act expeditiously on the Writ, and at the time of its Answer and at all times in between service and its Answer, Garnishee, BANK OF AMERICA's records reflect the following accounts, which may be subject to the Writ:

CASE NO. 09-21223 CIV MORENO

| Account Number | Name on Account |
|---|---|
| xxxx-x-16003 | UNIDOS SA AFJP FONDO TIPO III |
| xxxx-x-18069 | PROFESION AUGE TIPO 3 |
| xxxx-x-18036 | PREVISOL AFJP SA |
| xxxx-x-18034 | PREVISOL AFJP SA FONDO |
| xxxx-xxxx-1341 | BANCO DE LA NACION ARGENTINA |

2. Pursuant to the provisions of Fla. Stat. §77.06, and the particular deposit agreements governing the respective accounts, and subject to the Court's determination of the proper disposition of proceeds of the above accounts, BANK OF AMERICA has set aside the following sums:

| Account Number | Amount Set Aside |
|---|---|
| xxxx-x-16003 | $10,814,376.06 |
| xxxx-x-18069 | $22,518.04 |
| xxxx-x-18036 | $5,063.42 |
| xxxx-x-18034 | $20,600.44 |
| xxxx-xxxx-1341 | $70,507.68 |

3. The first four accounts and corresponding balances listed in paragraph 2 (those titled UNIDOS SA AFJP FONDO TIPO III, PROFESION AUGE TIPO 3, PREVISOL AFJP SA, PREVISOL AFJP SA FONDO ) are subject to a previous hold placed pursuant to various writs of

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

CASE NO. 09-21223 CIV MORENO

execution and restraining notices issued pursuant to a series of judgments obtained against THE REPUBLIC OF ARGENTINA in the United States District Court for the Southern District of New York (07-Civ-2715; 07-Civ-11327; 07-Civ-2693, et. al.)

4.  BANK OF AMERICA in good faith is in doubt if Account Number xxxx-xxxx-1341 in the name of Banco de la Nacion is subject to the Writ, or whether any indebtedness or property of Banco de la Nacion is required by law to be included in this Answer. Furthermore, BANK OF AMERICA has been put on notice by Plaintiffs and Banco de la Nacion, through their respective counsel, of a dispute as to whether the referenced account is subject to the Writ.

5.  Furthermore, all the accounts disclosed in this Answer are being held pursuant to that certain (i) Writ of Garnishment issued in the case styled *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd., Plaintiffs, v. The Republic of Argentina, Defendant, and Bank of America, Garnishee,* Case Number 09-21224-CIV UNGARO, filed in the United States District Court for the Southern District of Florida; and (ii) Writ of Garnishment issued in the case styled *Blue Angel Capital I LLC, Plaintiff, v. The Republic of Argentina, Defendant, and Bank of America, Garnishee,* Case Number 09-21225-CIV COOKE, filed in the United States District Court for the Southern District of Florida.

6.  BANK OF AMERICA does not take a position as to which Plaintiff is entitled to the subject funds, or as to whether any Plaintiff under the various writs and restraining notices is entitled to any of the subject funds whatsoever.

7.  Under the particular deposit agreements respectively governing the aforementioned accounts, BANK OF AMERICA has a contractual right of setoff and it hereby claims that right. Specifically, BANK OF AMERICA is authorized to offset, among its other rights,

– 3 –

LIEBLER, GONZALEZ & PORTUONDO, P.A.
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

CASE NO. 09-21223 CIV MORENO

a bank processing fee in the amount of $100.00. Said sum has been taken from the funds in paragraph 2 above and the amount shown reflects the reduced sum held after offset.

8. BANK OF AMERICA has no obligation to make, and has not made, a determination as to the ownership of the funds on hold, or whether any of the aforementioned funds are subject to any exemption provided to Defendant REPUBLIC OF ARGENTINA under Federal or State law.

9. BANK OF AMERICA knows of no other person or entity indebted to the Defendant REPUBLIC OF ARGENTINA or any other person who may have any effects, goods, money or chattels of said Defendant, nor did BANK OF AMERICA have in its possession or control any other tangible or intangible personal property of said Defendant at the time of service of the Writ, at the time of this Answer, or at anytime between those times.

10. BANK OF AMERICA is entitled to attorneys' fees and costs as provided in Fla. Stat. § 77.28.

11. Having fully answered the Writ, BANK OF AMERICA demands that the sums deposited into the registry of the Court to secure this Writ be paid to Garnishee's attorney as partial reimbursement for costs in responding to this Writ.

WHEREFORE, BANK OF AMERICA prays that this Court enter its judgment determining proper disposition of any funds held pursuant to this Writ or otherwise disclosed in this Answer and hereby demands payment of statutory garnishment fees to be made payable directly to Liebler, Gonzalez & Portuondo, P.A., and payment of BANK OF AMERICA's attorney's fees and

CASE NO. 09-21223 CIV MORENO

costs pursuant to Fla. Stat. §77.28, and for any other relief this Court deems just and proper.

s/ FRANK P. CUNEO
JUAN A. GONZALEZ
Florida Bar No. 375500
Email: jag@lgplaw.com
FRANK P. CUNEO
Florida Bar No. 123188
Email: fpc@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626
Attorneys for Bank of America, N.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2009, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail to: WILLIAM K. HILL, ESQ., Bilzin, Sumberg, Baena, Price & Axelrod LLP, *Attorneys for Plaintiffs,* 2500 Wachovia Financial Center, 200 S. Biscayne Boulevard, Miami, FL 33131-5340; and CLINTON R. LOSEGO, ESQ., *Attorney for Banco de la Nacion Argentina,* Gunster, Yoakley & Stewart P.A., 2 South Biscayne Boulevard, Suite #3400, Miami, FL 33131-1897.

/s/ FRANK P. CUNEO
FRANK P. CUNEO

Z:\649-9931\Answer.P01.wpd

– 5 –

**LIEBLER, GONZALEZ & PORTUONDO, P.A.**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400