UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-21223-MC-MORENO

AURELIUS CAPITAL PARTNERS, LP
And AURELIUS CAPITAL MASTER, LTD,

      Plaintiff(s),

vs.

THE REPUBLIC OF ARGENTINA,

      Defendant.
_____/

## MOTION TO DISSOLVE WRIT OF GARNISHMENT

Third Party Banco de la Nacion Argentina, Miami Agency ("BNA Miami Agency"), by and through undersigned counsel, moves to dissolve the writ of garnishment (the "Writ") served on Garnishment Defendant, Bank of America, N.A. ("BOA"), and states as follows:

1.    On May 6, 2009, Plaintiffs filed a Motion for Writ of Garnishment ("Motion"), requesting that the Court issue a writ of garnishment directed to property of or indebtedness to the Republic of Argentina in the possession of BOA. A true and correct copy of the Motion is attached as Exhibit 1. The Motion did not request a writ of garnishment directed to property of or indebtedness to BNA Miami Agency.

2.    The Motion was granted, and on May 11, 2009, Plaintiffs served a Writ of Garnishment ("Writ") on BOA seeking to attach property of or indebtedness to the Republic of Argentina. A true and correct copy of the Writ is attached as Exhibit 2. The Writ, on its face, is not directed to any indebtedness to or property of BNA Miami Agency.

3. In response to the Writ, BOA placed a hold on BNA Miami Agency's Operating Account No. 0001596471341 ("Account") and filed an answer ("Answer") stating that it has done so because it is in doubt regarding whether the Account is subject to the Writ and in an abundance of caution. A true and correct copy of the Answer is attached as Exhibit 3.

4. Pursuant to Fla. Stat. § 77.07, BNA Miami Agency, requests that the Court dissolve the Writ, because as related to BNA Miami Agency, the allegations in the Motion are untrue.

5. Attached as Exhibit 4 is an affidavit of Claudio Alemann, the General Manager of BNA Miami Agency (the "Aleman Aff.").

6. BNA Miami Agency is the Florida international banking agency of Banco de la Nacion Argentina ("BNA") (Aleman Aff. ¶ 2). A copy of BNA Miami Agency's banking license in the State of Florida is attached as Exhibit A to the Aleman Aff.

7. BNA is a banking institution incorporated under the laws of the Republic of Argentina (Aleman Aff. at ¶ 3). A copy of an English translation of its Articles of Incorporation is attached as Exhibit B to the Aleman Aff.

8. BNA is not the Defendant, Republic of Argentina. (Aleman Aff. at ¶ 4).

9. The Account is the operational business account of BNA Miami Agency (Aleman Aff. at ¶ 5).

10. The Post-Judgment Writ of Garnishment issued by this Court in the above-styled case seeks attachment of property of, or an indebtedness to, the Defendant, Republic of Argentina. (Aleman Aff. at ¶ 6).

11. The Account is not the account or the property of, nor an indebtedness to, the Republic of Argentina, but rather, it is the account and property of BNA Miami Agency, a corporate legal entity under the laws of the Republic of Argentina. (Aleman Aff. at ¶ 7).

12. Because the Account is not an indebtedness to or tangible or intangible personal property of the Defendant, Republic of Argentina, see Fla. Stat. §§ 77.03, 77.04, 77.06, but is, instead an indebtedness to and the property of BNA Miami Agency, the Account is not properly subject to the Writ. Accordingly, the Writ must be dissolved.

WHEREFORE, BNA Miami Agency request that the Court enter an Order dissolving the Writ.

By: /s/ Clinton R. Losego

Clinton R. Losego, Esq.
Florida Bar No. 818054
Gunster Yoakley & Stewart, P.A.
*Attorneys for Banco de la Nacion Argentina*
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.376.6000
Facsimile: 305.376.6100
E-Mail: closego@gunster.com

Case Number: 09-21223-MC-MORENO

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record and parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those who are not authorized to receive electronically Notices of Electronic Filing.

By:/s Clinton R. Losego, Esq.
Clinton R. Losego, Esq.

Case Number: 09-21223-MC-MORENO

## SERVICE LIST

William K. Hill, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
*Attorneys for Plaintiff*
1500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.374.7480
Facsimile: 305.374.7593
E-Mail: whill@bilzin.com


Miguel M. Cordano, Esq.
Liebler, Gonzalez & Portuondo, P.A.
*Attorneys for Bank of America*
44 W. Flagler Street
2500 Courthouse Tower
Miami, Florida 33130
Telephone: 305.379.0400
Facsimile: 305.379.9626
E-Mail: mmc@lgplaw.com


MIAMI 468765.1